JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

PATRICIA SPALETTA (CABN 156788)
Special Assistant United States Attorney
    450 Golden Gate Avenue
    San Francisco, California  94102
    Telephone: (415) 522-6031
    Facsimile: (415) 436-7234
    E-Mail: Patricia.Spaletta@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Criminal No. CR 09-0493 JSW |
|       Plaintiff,            ) | |
|                   ) | |
|    v.                ) | STIPULATION AND [PROPOSED] |
|                   ) | ORDER EXCLUDING TIME FROM |
| REFUGIO GALLEGOS-VALDIVIAS,  ) | FEBRUARY 25, 2010 TO MARCH 4, 2010 |
|   a/k/a Cuco Gallegos-Valdivias, and  ) | |
|   a/k/a Cuco Gallegos-Valdivious,   ) | |
|                   ) | |
|       Defendant.        ) | |
|                   ) | |

      The parties last appeared before the Court on February 25, 2010, at which time the matter

was set to March 4, 2010 for a change of plea.

      The parties agree that the time between February 25, 2010 and March 4, 2010 should be

excluded under the Speedy Trial Act, in light of the defendant's need for additional time to

confer with his counsel.  Failure to grant the requested continuance would unreasonably deny

defense counsel reasonable time necessary for effective preparation, taking into account the

exercise of due diligence and the need for counsel to effectively prepare and to review the

presentence investigation report.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv)

STIPULATION AND [PROPOSED] ORDER
EXCLUDING TIME
CR 09-0493 JSW

IT IS SO STIPULATED.

DATED: February 25, 2010                    _____/s/_____
                                            LOREN D. STEWART
                                            Counsel for Refugio Gallegos-Valdivias

DATED: February 25, 2010                    _____/s/_____
                                            PATRICIA SPALETTA
                                            Special Assistant United States Attorney

Given the reasons stipulated by the parties above, the Court finds that the ends of justice served by excluding the period from February 25, 2010 to March 4, 2010 from the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Accordingly, it is ORDERED that the period from February 25, 2010 to March 4, 2010, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO ORDERED.

DATED: February 26, 2010             _____
                                     THE HON. JEFFREY S. WHITE
                                     United States District Court Judge

STIPULATION AND [PROPOSED] ORDER
EXCLUDING TIME
CR 09-0493 JSW                    2